In the Matter of Proving the Last Will and Testament of EDWARD S. BROWER, Deceased. JENNIE M. BROWER, Appellant; PETER STEPHEN BECK, as Executor, etc., of EDWARD S. BROWER, Deceased, Respondent.— Decree of the Surrogate's

---

* Revd., 259 N. Y. ——.

Court of Nassau county admitting will to probate unanimously affirmed, with costs to respondent, payable out of the estate. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.